# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Royal, Charles A. | U.S. Middle District - Georgia | 05/09/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 <br> to <br> 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U. S. Courthouse <br> 475 Mulberry Street <br> Macon, GA 31202 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executor | Estate #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Royal, Charles A.**

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 05/09/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Spring '10 | Mercer University School of Law | $2,000.00 |
| 2. 2010 | West Services, Inc. (Book royalties) | $2,707.67 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | First Presbyterian Day School - Math Teacher |
| 2. 2010 | Covenant Academy - Math Teacher |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 05/09/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Life | A | Dividend | L | T | | | | | |
| 2. SunTrust Retirement Reserve Fund | A | Int./Div. | N | T | | | | | |
| 3. MetaMorphix, Inc. | | None | J | T | | | | | |
| 4. Polywad, Inc. | | None | J | T | | | | | |
| 5. SunTrust Account #3 | A | Interest | J | T | | | | | |
| 6. SunTrust Account #4 | A | Interest | J | T | | | | | |
| 7. SunTrust Account #7 | A | Interest | J | T | | | | | |
| 8. SunTrust Account #9 | | None | J | T | | | | | |
| 9. Edward Jones Money Market Fund | A | Dividend | J | T | | | | | |
| 10. Estate #1 | | None | J | T | | | | | |
| 11. IShares, Inc. - MSCI Brazil | B | Dividend | K | T | | | | | |
| 12. American Balanced Fund | A | Dividend | J | T | | | | | |
| 13. Capital Income Builder Fund | A | Dividend | J | T | | | | | |
| 14. Capital World Growth & Income Fund | A | Dividend | J | T | | | | | |
| 15. Fundamental Investors Fund | A | Dividend | J | T | | | | | |
| 16. Growth Fund of America | A | Dividend | J | T | | | | | |
| 17. Income Fund of America | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Investment Company of America Fund | A | Dividend | J | T | | | | | |
| 19. New Perspective Fund | A | Dividend | J | T | | | | | |
| 20. New World Fund | A | Dividend | J | T | | | | | |
| 21. Seaspan Corp | | None | | | Sold | 01/25/10 | J | C | |
| 22. Alcoa, Inc | | None | | | Sold | 01/25/10 | J | C | |
| 23. Atlas Energy Resources | A | Dividend | J | T | | | | | |
| 24. Berkshire Hathaway Inc | | None | | | Sold | 04/09/10 | M | D | |
| 25. Dow Chemical Co | A | Dividend | | | Sold | 01/25/10 | K | D | |
| 26. DuPont E I De Nemours Co | | None | | | Sold | 01/25/10 | K | D | |
| 27. Exelixis Inc | | None | L | T | Sold (part) | 01/25/10 | J | C | |
| 28. IShares Inc MSCI Singapore | A | Dividend | J | T | | | | | |
| 29. IShares Inc MSCI Sweden | A | Dividend | K | T | | | | | |
| 30. Mead West Va Co Corp | | None | | | Sold | 01/25/10 | K | E | |
| 31. Renesola LTD | | None | K | T | | | | | |
| 32. Rexahn Pharmaceuticals | | None | J | T | | | | | |
| 33. San Juan Basin Royalty Trust | B | Dividend | K | T | | | | | |
| 34. TICC Capital Corp | B | Dividend | K | T | Sold (part) | 04/08/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Sadia SA ADR | | None | | | Sold | 10/20/09 | J | A | |
| 36. Seagate Technologies | | None | K | T | | | | | |
| 37. American Oriental Bioengineering Com | | None | J | T | | | | | |
| 38. Annaly Capital Mgmt Inc | D | Dividend | K | T | Buy | 03/16/10 | K | | |
| 39. Anworth Mtg Asset Corp | | None | J | T | Buy | 03/25/10 | J | | |
| 40. Anworth Mtg Asset Corp | | None | | | Sold (part) | 04/01/10 | J | A | |
| 41. Fly Leasing LTD f/k/a Babcock & Brown Air Ltd | A | Dividend | J | T | | | | | |
| 42. Centurytel Inc | B | Dividend | K | T | | | | | |
| 43. Chesapeake Energy Corp | A | Dividend | | | Sold | 01/25/10 | K | D | |
| 44. China Sunergy Co Ltd | | None | | | Sold | 01/25/10 | J | A | |
| 45. BRF Brasil Foods | A | Dividend | | | Sold | 01/25/10 | J | A | |
| 46. Halozyne Therapeutics Inc | | None | J | T | | | | | |
| 47. Linn Energy LLC | | None | | | Sold | 01/25/10 | K | D | |
| 48. MFA Fine Inc | | None | J | T | | | | | |
| 49. Microsoft Corp | | None | | | Sold | 01/25/10 | K | D | |
| 50. Micron Technology Inc | | None | | | Sold | 01/25/10 | J | A | |
| 51. Northstar Realty Fin Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Palomar Medical Technologies Inc | | None | J | T | | | | | |
| 53. Pfizer Inc | | None | | | Sold | 01/25/10 | K | C | |
| 54. Power One Inc | | None | | | Sold | 01/25/10 | J | A | |
| 55. Atlas Energy Inc | | None | | | Sold | 01/25/10 | K | C | |
| 56. Atlas Energy, Inc. | | None | J | T | Sold (part) | 06/15/10 | K | A | |
| 57. Atlas Amer Inc | | None | | | Sold | 01/25/10 | J | A | |
| 58. Seattle Genetics Inc | | None | | | Sold | 01/25/10 | J | A | |
| 59. Silicon Image Inc | | None | | | Sold | 01/25/10 | J | A | |
| 60. Suntrust Bank Inc | | None | | | Sold | 01/25/10 | K | E | |
| 61. WSP Holdings Ltd | | None | J | T | | | | | |
| 62. Williams Pipeline Partners | | None | | | Sold | 01/25/10 | K | D | |
| 63. Yingli Green Energy Holding Co | | None | J | T | Sold (part) | 01/25/10 | J | D | |
| 64. Legacy RESVS | B | Dividend | K | T | Buy | 03/18/10 | K | | |
| 65. Freeport-McMoran Copper & Gold | A | Dividend | | | Buy | 03/18/10 | J | | |
| 66. Freeport-McMoran Copper & Gold | | None | | | Sold | 11/05/10 | M | E | |
| 67. Alliance Bernstein HLDG | A | Dividend | K | T | Buy | 03/18/10 | K | | |
| 68. Apollo Investment Corp | A | Dividend | J | T | Buy | 03/16/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Apollo Investment Corp | | None | | | Sold (part) | 07/09/10 | J | A | |
| 70. Apollo Investment Corp | | None | | | Sold | 10/13/10 | J | A | |
| 71. Synovus Financial Corp | A | Dividend | J | T | Buy | 06/22/10 | J | | |
| 72. AT & T Inc | B | Dividend | K | T | Buy | 03/23/10 | K | | |
| 73. Centurylink Inc f/k/a Centurytel | C | Dividend | K | T | Buy | 07/26/09 | K | | |
| 74. Frontier Communications Corp | A | Dividend | J | T | Sold (part) | 07/15/10 | J | A | |
| 75. Verizon Communications | B | Dividend | K | T | Buy | 03/23/10 | K | | |
| 76. Northwestern Corp | B | Dividend | K | T | Buy | 03/18/10 | K | | |
| 77. American Capital Agency Corp | D | Dividend | K | T | Buy | 03/18/10 | K | | |
| 78. Anworth Mtg Asset Corp | A | Dividend | K | T | Buy | 03/25/10 | J | | |
| 79. Capstead Mtg Corp | A | Dividend | | | Buy | 03/25/10 | J | | |
| 80. Capstead Mtg Corp | A | Dividend | | | Sold | 04/01/10 | J | A | |
| 81. Hatteras Financial Corp | B | Dividend | | | Buy | 03/25/10 | K | | |
| 82. Hatteras Financial Corp | B | Dividend | | | Sold | 04/01/10 | K | A | |
| 83. Invesco Mtg Capital Inc | A | Dividend | | | Buy | 03/25/10 | K | | |
| 84. Invesco Mtg Capital Inc | A | Dividend | | | Sold | 04/01/10 | K | A | |
| 85. MFA Financial Inc | A | Dividend | J | T | Buy | 12/14/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BP PLC SPONS ADR | | None | | | Buy | 03/16/10 | L | | |
| 87. BP PLC SPONS ADR | | None | | | Sold | 06/15/10 | K | A | |
| 88. EV Energy Partners | | None | | | Buy | 03/25/10 | K | | |
| 89. EV Energy Partners | | None | | | Sold | 04/01/10 | K | A | |
| 90. Firstenergy Corp | | None | K | T | Buy | 12/01/10 | K | | |
| 91. Gulf Resources Inc | | None | | | Buy | 03/25/10 | J | | |
| 92. Gulf Resources Inc | | None | | | Sold | 04/01/10 | J | A | |
| 93. Halliburton Co | | None | | | Buy | 03/25/10 | K | | |
| 94. Halliburton Co | | None | | | Sold | 04/01/10 | K | A | |
| 95. Idera Pharmaceuticals | | None | | | Buy | 03/25/10 | J | | |
| 96. Idera Pharmaceuticals | | None | | | Sold | 04/01/10 | J | A | |
| 97. Ishares S & P PFD STK | B | Dividend | L | T | Buy | 10/26/10 | L | | |
| 98. Martin Midstream Partners | | None | | | Buy | 03/25/10 | K | | |
| 99. Martin Midstream Partners | | None | | | Sold | 04/01/10 | K | A | |
| 100. Omnivision Technologies | | None | K | T | Buy | 03/18/10 | K | | |
| 101. PDL Biopharma Inc | | None | | | Buy | 03/25/10 | J | | |
| 102. PDL Biopharma Inc | | None | | | Sold | 04/01/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Pioneer Southwest Energy | B | Dividend | K | T | Buy | 03/18/10 | K | | |
| 104. Prospect Capital Corp | A | Dividend | J | T | Buy | 03/25/10 | K | | |
| 105. Prospect Capital Corp | A | Dividend | | | Sold (part) | 04/01/10 | K | A | |
| 106. Provident Energy | A | Dividend | J | T | Buy | 03/18/10 | J | | |
| 107. Pace Oil & Gas LTD | | None | | | Sold | 07/23/10 | J | A | |
| 108. Questcor Pharmaceuticals Inc | | None | J | T | Buy | 03/16/10 | J | | |
| 109. Sciclone Pharmaceuticals Inc | | None | J | T | Buy | 03/16/10 | J | | |
| 110. Southern Company | B | Dividend | K | T | Buy | 03/18/10 | K | | |
| 111. United Microelectrics Corp | A | Dividend | J | T | Buy | 03/18/10 | J | | |
| 112. Xinyuan Real Estate Co | | None | J | T | Buy | 03/16/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 05/09/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. POSITIONS

I have no beneficial interest in the estate. There are no assets owned by the estate. There have been no acquisitions, dispositions or capital gains. This response includes now and at all times during the reporting period.


VII. INVESTMENTS AND TRUSTS

35. Sadia SA ADR was mistakenly not reported for 2009.

73. Centurylink, Inc. f/k/a Centurytel was mistakenly not reported for 2009.

85. MFA Financial, Inc was mistakenly not reported for 2009.

107. Pace Oil is a spin off from line 108 Provident Entergy Trust.

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 05/09/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Charles A. Royal**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544